UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 22-55190

**Case Name** | Cherie Diaz v. One Technologies, LLC

**Requesting Party Name(s)** | Appellee One Technologies, LLC

I am: ○ The party requesting the extension.
⦿ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

☒ Brief (*you must also complete the Declaration on page 3*)
☐ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Certified Administrative Record
☐ Response to court order dated _____
☐ Other (*you must describe the document*)

The requested new due date is: 01/30/2023

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

Appellee's counsel requests additional time to complete the brief with counsel's client due to prepaid travel and work commitments, and to account for the holidays. While the answering brief is underway, additional time is needed to finish it. Appellant's counsel has agreed to an extension of time for appellee to submit its answering brief to January 30, 2023, given that counsel was granted multiple unopposed extension requests to submit the Opening Brief prior to this request. No party will suffer any prejudice if the extension is granted.

**Signature** | /s/ Ari N. Rothman    **Date** | 11/10/2022
(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 14**            1            *New 12/01/2018*

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

This motion is my [          ] request.
*(Examples: first, second)*

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: [          ].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [          ]  **Date** [          ]
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**　　　　　　　　　　2　　　　　　　　　　*New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the `answering` brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: `12/06/2022`

3. The brief's first due date was: `07/29/2022`

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   Prepaid travel and work commitments, and to account for the holidays. While the answering brief is underway, additional time is needed to finish it and review it with appellee. Appellant's counsel has agreed to an extension of time. No party will suffer any prejudice.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** `Ari N. Rothman`   **Date** `11/10/2022`
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**   3   *New 12/01/2018*